DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MIGDALIA BURGOS BRACONI,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1308

[ July 13, 2017 ]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Usan, Judge; L.T. Case No. 07-2747CF-10A.

Migdalia Burgos Braconi, Ocala, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and CONNER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***